UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URIEL GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY JAIL SHERIFF'S ADMINISTRATION, et al.,<br><br>Defendants. | Case No. 24-cv-08691-RMI<br><br>**ORDER** |

On February 10, 2025, Plaintiff was provided twenty-eight days to file an amended complaint (dkt. 9). Since then, Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, Plaintiff is **ORDERED** to file an amended complaint within **twenty-one days** of service of this Order; otherwise, this case may be dismissed.

**IT IS SO ORDERED.**

Dated: March 18, 2025

ROBERT M. ILLMAN
United States Magistrate Judge