UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URIEL GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTA CRUZ COUNTY JAIL SHERIFF'S ADMINISTRATION, et al.,<br><br>  Defendants. | Case No. 24-cv-08691-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee at the Santa Cruz County Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file a first amended complaint. Dkt. No. 9. Plaintiff was directed a second time to file his first amended complaint. Dkt. No. 10. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: April 23, 2025

TRINA L. THOMPSON  
United States District Judge